# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS K. SUDBERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ISIDRO BACA, *et al.,*<br><br>　　　　Defendant. | Case No.:  3:15-CV-00013-RCJ-WGC<br><br>**ORDER** |

　　　The Court directed Plaintiff to file an amended complaint curing the deficiencies outlined in the Screening Order (ECF #16/17).  Plaintiff has not complied with the Court's Order within the allotted time.  The Court will dismiss the action.  Any appeal taken from this action would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

　　　IT IS HEREBY ORDERED that this action is **DISMISSED WITHOUT PREJUDICE.**  The Clerk of the Court shall enter judgment according and close the case.

　　　IT IS SO ORDERED this 22nd day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　District Judge