# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

—————————————————————— )
DENNIS K. SUDBERRY,                        )
                                           )
              Plaintiff,                    )          3:15-cv-00013-RCJ-WGC
                                           )
       vs.                                  )
                                           )          **ORDER**
ISIDRO BACA et al.,                        )
                                           )
              Defendants.                   )
—————————————————————— )

The Court dismissed this case without prejudice for failure to timely file an amended complaint at the direction of the Court.  Plaintiff has asked the Court to compel certain discovery.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Discovery (ECF No. 21) is DENIED as moot.

IT IS SO ORDERED.

Dated this 1st day of February, 2016.

_____
ROBERT C. JONES
United States District Judge